FILED

05/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0121

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0121

_____

DR. RUTH A. JURIS,

      Plaintiff and Appellant,

   v.

LANA E. CANTRELL d/b/a LANA CANTRELL
LAW OFFICE,

      Defendant and Appellee.

_____

O R D E R

On March 2, 2020, counsel for Appellee Lana E. Cantrell filed a motion to withdraw as counsel of record. The Court granted the motion on March 5, 2020.

Appellant filed her opening brief on May 6, 2020. On May 12, 2020, Appellant filed a motion for a Rule 10 notice asking the Court for an order directing Appellant to provide notice regarding the withdrawal to Appellee, pursuant to Rule 10 of the Uniform District Court Rules, which would grant Appellee twenty-one days to retain a new attorney, and thirty days thereafter to file a response brief.

IT IS ORDERED that the motion is DENIED. Pursuant to M. R. App. P. 13, Appellee has until June 5, 2020, within which to file a response brief. If the response brief or a motion for extension of time to file the response brief is not filed by June 5, this matter will be deemed submitted upon Appellant's brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 13 2020